UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERENCE POLETTI, et al.                                :
                                                       :          21-CV-7603 (VSB) (RWL)
                                  Plaintiffs,           :
                                                       :
                      - against -                      :          **ORDER**
                                                       :
                                                       :
PEPSI-COLA BOTTLING COMPANY OF,                        :
NEW YORK, INC., et al.,                                :
                                  Defendants.           :
                                                       :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 13, 2024, Natalie Blue Murn filed a motion to substitute and voluntarily dismiss without prejudice the Estate Of George Murn's claims against all Defendants. Any response to the motion shall be filed by December 4, 2024. Any reply shall be filed by December 11, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1