**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of April, two thousand twenty-five,

Terence J. Poletti, Leonard Costa, on behalf of themselves and all others similarly situated, Christopher J. Chapman, on behalf of themselves and all others similarly situated, Steven Nieves, on behalf of themselves and all others similarly situated, Joseph Distasi, on behalf of themselves and all others similarly situated, Arthur Combs, on behalf of themselves and all others similarly situated, Michael Ashton, on behalf of themselves and all others similarly situated, Thomas Legotte, on behalf of themselves and all others similarly situated, Stephen Martin, on behalf of themselves and all others similarly situated, Miguel Mieles, on behalf of themselves and all others similarly situated, N. WIlliam Good, on behalf of themselves and all others similarly situated, Terrence Carr, on behalf of themselves and all others similarly situated, Robert Eliseo, on behalf of themselves and all others similarly situated, Leonard Carlo, on behalf of themselves and all others similarly situated, Kirk Rodriguez, on behalf of themselves and all others similarly situated, George Murn, on behalf of themselves and all others similarly situated, Thomas Capriola, on behalf of themselves and all others similarly situated, Terrence Carr II, on behalf of themselves and all others similarly situated, Angel Lopez, AKA Sealed Defendant 4, on behalf of themselves and all others similarly situated, Steven Weidler, on behalf of themselves and all others similarly situated, Vincent Carrieri, on behalf of themselves and all others similarly situated, Nick Purcell, on behalf of themselves and all others similarly situated, Jeffrey Good, on behalf of themselves and all others similarly situated, Gerard Amitrano, on behalf of themselves and all others similarly situated, Meryl Walder, as the Executor of the Estate of Alan Walder on behalf of themselves and all others similarly situated, Matthew Dundie, on behalf of

**ORDER**

Docket No. 23-7337

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 10, 2025

**MANDATE ISSUED ON 04/09/2025**

themselves and all others similarly situated, Abrahan Rosario, on behalf of themselves and all others similarly situated,

        Plaintiffs - Appellants,

Walter Schmitt, on behalf of themselves and all others similarly situated, Donna Magnussen, as the Executor of the Estate of Richard Magnussen,

        Plaintiffs,

  v.

Pepsi?Cola Bottling Company Of New York, Inc., Reginald Goins, William W. Wilson, Harold Honickman, Joseph Klingler, Scott Allmers, Joseph Hayes, Jeffrey Honickman,

        Defendants - Appellees.

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

      The stipulation is hereby "So Ordered".

                             For The Court:
                             Catherine O'Hagan Wolfe,
                             Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit