

**Sacco & Fillas, LLP**
Attorneys at Law

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Date: April 16, 2025

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

April 16, 2025

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Poletti et al v. Pepsi-Cola Bottling Company Of New York, Inc. et al*
Case No. 21-cv-07603-VSB-RWL

Your Honor:

This office represents Plaintiffs in the above-referenced matter. We write respectfully to request a 4-week extension to respond to Defendants' Motion to Compel Arbitration (Dkt. Nos. 143-144). The original deadline for Plaintiffs to oppose the motion is April 18, 2025. An extension would permit Plaintiffs to file their opposition on May 16, 2025. This is the first request of its kind and Defendants consent to this extension. The reason for this request is to permit Plaintiffs to prepare a thorough response given the significance of the issues raised concerning arbitration costs, and the complexity introduced by the arbitration clause itself.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,
/s/Clifford Tucker
Clifford Tucker, Esq.,

FIRM:67007686v1