UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

TERENCE POLETTI, et al.,

    Plaintiffs,

v.

PEPSI-COLA BOTTLING COMPANY
OF NEW YORK, INC., et al.,

    Defendants.

------------------------------------X

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)

Case No.: 21-cv-7603-VSB

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that Plaintiffs TERENCE POLETTI, LEONARD COSTA, ARTHUR COMBS, MATTHEW DUNDIE, WILLIAM GOOD, JEFFREY GOOD, NICK PURCELL, ANGEL LOPEZ, and GERARD AMITRANO voluntarily dismiss the above-captioned action without prejudice against all named Defendants.

By:

Clifford R. Tucker
Sacco & Fillas LLP
31-19 Newtown Ave., 7th Floor
Astoria, New York 11102
(718) 269-2243
ctucker@saccofillas.com
Attorneys for Plaintiffs

Date: August 15, 2025

Patrick G. Brady
Epstein Becker & Green, P.C.
875 Third Avenue
New York, New York 10022
(973) 639-8261
pbrady@ebglaw.com
Attorneys for Defendants

Date: August 15, 2025

**SO ORDERED:**

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: September 12, 2025

On August 21, 2025, I issued an order stating that "[p]arties may not privately settle FLSA Claims absent the approval of the district court or the Department of Labor." (Doc. 158 at 1.) I also noted that "[i]f the dismissing Plaintiffs have not reached a settlement, before the Court orders the notice of dismissal, the parties must inform the Court that that is the case." (Id.) The parties submitted a letter stating that "no settlement was reached in exchange for the withdrawal without prejudice." (Doc. 159.) Because no settlement exists, this stipulation of voluntary dismissal is so ordered.

The Clerk of Court is respectfully directed to terminate Plaintiffs Terence Poletti, Leonard Costa, Arthur Combs, Matthew Dundie, William Good, Jeffrey Good, Nick Purcell, Angel Lopez and Gerard Amitrano from this action. The other Plaintiffs remain unchanged.