```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
TERENCE POLETTI et al.,                                       :
                                                              :
                              Plaintiffs,                     :
                                                              :    21-CV-7603 (VSB) (RWL)
                 -against-                                    :
                                                              :           ORDER
                                                              :
PEPSI-COLA BOTTLING COMPANY OF                                :
NEW YORK, INC., et al.,                                       :
                                                              :
                              Defendants.                     :
                                                              :
-------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 30, 2021, Defendants moved to dismiss the Second Amended Complaint. (Doc. 42.) On March 9, 2023, I granted Plaintiffs' motion for leave to amend the operative complaint. (Doc. 90.) On March 23, 2023, Plaintiffs filed the Third Amended Complaint. (Doc. 92.) Therefore, Defendants' motion to dismiss the Second Amended Complaint is moot. *See, e.g.*, *Carusillo v. Fansided, Inc.*, No. 20-CV-4766, 2021 WL 4311167, at *2 n.2 (S.D.N.Y. Sept. 21, 2021) ("Plaintiffs' filing of the Second Amended Complaint renders moot the original motion to dismiss and it is therefore denied as moot."). Accordingly, it is hereby:

ORDERED that Defendants' motion to dismiss the second amended complaint, (Doc. 42), is DENIED as moot.

The Clerk of the Court is respectfully directed to terminate the pending gavel at Doc. 42.

SO ORDERED.

Dated:   September 12, 2025
         New York, New York

_____
Vernon S. Broderick
United States District Judge