UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERENCE POLETTI, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>PEPSI-COLA BOTTLING COMPANY OF<br>NEW YORK, INC., et al.,<br><br>                    Defendants. | **CASE #: 1:21-cv-07603-VSB-RWL**<br><br>**ORDER** |

Upon the motion of Raphaella Eliseo, in her capacity as **Executor of the Estate of Robert Eliseo** (the "Estate"), and the Court being advised that Defendants do not oppose the requested relief, it is hereby:

1. **ORDERED** that, pursuant to Fed. R. Civ. P. 25(a)(1), Raphaella Eliseo**, as Executor of the Estate of Robert Eliseo**, is substituted in place of Plaintiff **Robert Eliseo**; and it is further

2. **ORDERED** that the Estate's claims in this action are **dismissed without prejudice**; and it is further

3. **ORDERED** that the Clerk of Court is directed to **terminate Plaintiff Robert Eliseo** (and the substituted Estate party) from the docket; and it is further

4. **ORDERED** that all other parties and claims remain unchanged.

SO ORDERED.

Dated: _____March 11, 2026_____

_____
HON. VERNON S. BRODERICK
United States District Judge